**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Forrest I. Williams<br>                Debtor | CHAPTER 13<br><br>BKY. NO. 16-14949 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Pennsylvania Housing Finance Agency as Servicer for U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982, and index same on the master mailing list.

                                              Respectfully submitted,

                                              **/s/ Matteo S. Weiner, Esq.**
                                              Matteo S. Weiner, Esquire
                                              Thomas Puleo, Esquire
                                              Brian C. Nicholas, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 627-1322 FAX (215) 627-7734