United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-14949-jkf
Forrest I. Williams                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey                Page 1 of 1              Date Rcvd: Feb 23, 2017
                              Form ID: pdf900             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
db            +Forrest I. Williams,   29 E. Stratford Avenue,   Lansdowne, PA 19050-2004
13767956       Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
13758959       Capital One Bank USA, N.A.,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
13758955      +David B. Spitofsky, Esquire,   Law Office of David B. Spitofsky,   516 Swede Street,
               Norristown, PA 19401-4807
13758960      +Firstsource Advantage, LLC,   205 Bryant Woods South,   Amherst, NY 14228-3609
13758961      +KML Law Group, P.C.,   Suite 5000 Mellon Indep. Ctr.,   701 Market Street,
               Philadelphia, PA 19106-1538
13865289      +U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PEN,   PHFA Loan Servicing Division,
               211 North Front Street,   Harrisburg, PA 17101-1466
13758963      +Vernice T. Clayton,   29 E. Stratford Avenue,   Lansdowne, PA 19050-2004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Feb 24 2017 01:49:31     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 24 2017 01:49:07
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 24 2017 01:49:22     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13758958      +E-mail/Text: broman@amhfcu.org Feb 24 2017 01:49:14     American Heritage FCU,
               2060 Red Lion Road,   Philadelphia, PA 19115-1699
13758957      +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 24 2017 01:49:12     Frederic J. Baker, Esquire,
               Office of U.S. Trustee,   833 Chestnut Street, Suite 500,   Philadelphia, PA 19107-4405
13758962      +E-mail/Text: blegal@phfa.org Feb 24 2017 01:49:13     PA Housing Finance Agency,
               2101 North Front Street,   P.O. Box 15057,   Harrisburg, PA 17105-5057
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13758956*     +Forrest I. Williams,   29 E. Stratford Avenue,   Lansdowne, PA 19050-2004
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
          DAVID B. SPITOFSKY    on behalf of Debtor Forrest I. Williams spitofskybk@verizon.net,
           spitofskylaw@verizon.net
          DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank National Association as Trustee for
           The Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
          LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association as Trustee for The
           Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| FORREST I. WILLIAMS | : | |
| | : | |
| DEBTOR | : | NO. 16-14949 (JKF) |

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED.**

2. Counsel for Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED.**

4. Pursuant to 11 U.S.C. Section 349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. Section 349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, set a hearing

thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. Section 1326(a)(2).

Dated:

**Date: February 23, 2017**

*(signature)*

HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE